**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7418**

———————

KEVIN J. KENDRICK,

Plaintiff - Appellant,

versus

ROBERT D. CENDO, Medical Doctor,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge. (CA-97-1000-JFM)

———————

Submitted:  April 29, 1998          Decided:  May 14, 1998

———————

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kevin J. Kendrick, Appellant Pro Se.  Conrad Whiting Varner, Frederick William Goundry, III, VARNER & KASLICK, P.C., Frederick, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his civil complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny Appellant's motions for appointment of counsel, for a stay of this appeal pending his release, and for imposition of a lien against Appellee. We affirm on the reasoning of the district court. <u>Kendrick v. Cendo</u>, No. CA-97-1000-JFM (D. Md. Aug. 14, 1997; Sept. 10, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2